UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MANTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01070-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 7) |

Plaintiff Michael J. Manter is proceeding *pro se* and *in forma pauperis* in this civil rights action filed under to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed with prejudice for failure to state a claim. (Doc. No. 7.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto must be filed within twenty-one (21) days after service of the order. (*Id.* at 5.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued on November 21, 2019 (Doc. No. 7) are adopted in full;
2. This case is dismissed with prejudice for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 5, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE